**John A. SCHNECK, Plaintiff–Appellant,**

v.

**David E. YAMAMOTO, Chief Executive Officer Sutter North Medical Foundation, Defendant–Appellee.**

No. 11–15893.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 8, 2012.*

Filed Aug. 15, 2012.

John A. Schneck, Williams, CA, pro se.

Norman V. Prior, Thomas Leroy Riordan, Porter Scott, Sacramento, CA, for Defendant–Appellee.

Before: ALARCÓN, BERZON, and IKUTA, Circuit Judges.

MEMORANDUM **

John A. Schneck appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action arising from his termination as a patient by Sutter North Medical Foundation. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Caviness v. Horizon Cmty. Learning Ctr., Inc.*, 590 F.3d 806, 811–12 (9th Cir. 2010), and we affirm.

The district court properly dismissed Schneck's § 1983 action because Schneck failed to allege facts sufficient to show that defendant was acting under color of state law. *See id.* at 812, 815 (state action is a required element of a § 1983 claim, and mere fact that a private entity performs a function that serves the public does not make its acts state action); *Ascherman v. Presbyterian Hosp. of Pac. Med. Ctr., Inc.*, 507 F.2d 1103, 1104–05 (9th Cir.1974) (private hospital's receipt of public funds and tax exempt status as a charitable organization insufficient to establish state action).

Schneck's contentions regarding judicial bias are unpersuasive. *See Taylor v. Regents of the Univ. of Cal.*, 993 F.2d 710, 712 (9th Cir.1993) (per curiam) (adverse rulings alone are insufficient to demonstrate judicial bias).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.